UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEKSANDRA MILUTINOVIC,

          Plaintiff,

    v.

BANK OF AMERICA, N.A. and SELENE FINANCE, L.P.,

          Defendants.

Case No. C25-2636-RSM

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

This matter comes before the Court on Plaintiff's unopposed Motion for Extension of time to file her response to Defendant Selene Finance LP's Motion to Dismiss. Dkt. #20. Finding good cause therein, the Court hereby ORDERS that Plaintiff's Motion, Dkt. #20, is GRANTED. Plaintiff's deadline to respond to Defendant's Motion to Dismiss, Dkt. #15, is extended until fourteen (14) days after the Court rules on Plaintiff's pending Motion to Remand, Dkt. #17.

    DATED this 12th day of February, 2026.

                                        Ricardo S. Martinez
                                        United States District Judge