Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEKSANDRA MILUTINOVIC,

       Plaintiff,

   v.

BANK OF AMERICA, N.A. and SELENE
FINANCE, L.P.,

       Defendants.

Case No. 2:25-cv-02636-RSM

**ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME
FOR BANK OF AMERICA, N.A. TO
RESPOND TO COMPLAINT**

     This matter comes before the Court on the Stipulated Motion for Extension of Time for Bank of America, N.A. to Respond to Complaint (the "Motion") presented by plaintiff, Aleksandra Milutinovic ("Plaintiff"), and defendant, Bank of America, N.A. ("BANA" and together with Plaintiff, "Parties").

//

//

//

//

//

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - 1
2:25-CV-02636-RSM

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420

The Court, having considered the Motion and having found good cause for the extension, hereby GRANTS the Motion and ORDERS that the deadline for BANA to answer, move, or otherwise respond to Plaintiff's complaint is February 24, 2026.

Dated this 12th day of February, 2026.

_____

HONORABLE RICARDO S. MARTINEZ

Presented by:

SNELL & WILMER L.L.P.

By: *s/Benjamin C. Woodruff*
    *s/ Rachael E. Clark*
    Benjamin C. Woodruff, WSBA #56618
    Rachael E. Clark WSBA #57277
    600 University Street, Suite 310
    Seattle, WA 98101
    Telephone:  206.741.1420
    Email:  bwoodruff@swlaw.com
    reclark@swlaw.com

 *Attorneys for Defendant*

By: *s/Richard L. Pope*
    Richard L. Pope , Jr, WSBA # 21118
    Lake Hills Legal Services PC
    15600 NE 8th Street, SUITE B1-358
    Bellevue, WA 98008
    Telephone: 425.829.5305
    Email: rp98007@gmail.com

*Attorneys for Plaintiff*

4939-0649-9214

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT - 2
2:25-CV-02636-RSM

Snell & Wilmer
600 University Street, Suite 310
Seattle, Washington 98101
206.741.1420