UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEKSANDRA MILUTINOVIC, | Case No. C25-2636-RSM |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO REPLY IN FURTHER SUPPORT OF ITS PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |
| v. | |
| BANK OF AMERICA, N.A., and SELENE FINANCE LP, | |
| Defendants. | |

UPON CONSIDERATION of the Stipulated Motion for Extension of Time for Defendant Selene Finance LP to Reply to in further support of its Partial Motion to Dismiss through March 5, 2026, the Court hereby ORDERS that the Stipulated Motion, Dkt. #27, is GRANTED. Selene shall have through March 5, 2026, to file a reply in further support of its Motion to Dismiss.

DATED this 12th day of February, 2026.

_____
Ricardo S. Martinez
United States District Judge

ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME - 1