UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEKSANDRA MILUTINOVIC,

    Plaintiff,

    v.

BANK OF AMERICA, N.A., and SELENE
FINANCE LP,

    Defendants.

Case No. C25-2636-RSM

ORDER GRANTING STIPULATED
MOTION TO AMEND CERTAIN
PRETRIAL DEADLINES

This matter, having come before the Court on the stipulated motion to amend certain pretrial deadlines, and the Court having considered the Motion and being otherwise duly advised, it is hereby ORDERED that the Motion, Dkt. #31, is GRANTED.  The new pretrial deadlines are as follows:

(1) FRCP 26(f) Conference to take place no later than March 17, 2026.

(2) Initial Disclosures pursuant to FRCP 26(a)(1) to be served no later than March 24, 2026.

(3) The Combined Joint Status Report and Discovery Plan required by FRCP 26(f) and LCR 26(f) to be submitted no later than March 31, 2026.

DATED this 23rd day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
TO AMEND CERTAIN PRETRIAL DEADLINES - 1